UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-cv-22729-JLK

SCOTT W. LEEDS, and THE COCHRAN FIRM,

      Plaintiffs,

v.

FIRST MERCURY INSURANCE COMPANY, and STATE NATIONAL INSURANCE COMPANY,

      Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO STRIKE

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Strike (DE #14), filed March 14, 2011. Therein, Plaintiffs request that this Court strike certain affirmative defenses raised by Defendants in their Answer (DE #9), which was filed over six months prior on September 7, 2010.[1]

Upon consideration of the Motion to Strike and the legal arguments presented by both parties, the Court finds that the Motion to Strike must be denied as untimely. Without needing to adjudicate the merits of Plaintiffs' legal arguments, the Court finds that Fed. R. Civ. P. 12(f) requires any motion to strike to be filed within twenty-one days of the service of the objectionable pleading. Here, Plaintiffs have filed their Motion to Strike well beyond the 21-day limit. As such, their Motion is untimely.

---

[1] On April 7, 2011, Defendants filed their Opposition (DE #27) to Plaintiffs' Motion to Strike. As such, the underlying matter is ripe for determination.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiffs' Motion to Strike (DE #14) be, and the same is hereby, **DENIED.**

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of April, 2011.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:

**Counsel for Plaintiffs**
**Randall Scott Goldberg**
Ver Ploeg & Lumpkin
100 SE 2nd Street
30th Floor
Miami, FL 33131-2154
305-577-3996
Fax: 577-3558
Email: rgoldberg@vpl-law.com

**Stephen A. Marino , Jr.**
Ver Ploeg & Lumpkin, P.A.
100 SE 2nd Street
30th Floor
Miami, FL 33131-2154
305-577-3996
Fax: 577-3558
Email: smarino@vpl-law.com

**Counsel for Defendants**
**James Miller Kaplan**
Kaplan Zeena LLP
2 South Biscayne Boulevard
Suite 3050
Miami, FL 33131
305-530-0800
Fax: 305-530-0801
Email: james.kaplan@kaplanzeena.com

**Clifford Lawrence Rostin**
Kaplan Zeena
2 South Biscayne Blvd.

One Biscayne Tower, Suite 3050
Miiami, FL 33131-1806
305-530-0800
Fax: 305-530-0801
Email: clifford.rostin@kaplanzeena.com

**Jennifer A. Latham**
Butler Pappas Weihmuller Katz Craig
777 S Harbour Island Boulevard
One Harbour Place Suite 500
Tampa, FL 33602
Fax: 3055300801
Email: jennifer.latham@kaplanzeena.com